1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS,<br><br>       Plaintiff,<br><br>     v.<br><br>JOELSON, et al.,<br><br>       Defendants. | Case No. 1:20-cv-00165-NONE-EPG (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(DOC NOS. 7 & 9) |

Leon Morris ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 23, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "[t]his case proceed on Plaintiff's claim against Defendant Dr. Joelson for deliberate indifference to serious medical needs in violation of the Eighth Amendment," and that "[a]ll other claims and defendants be dismissed with prejudice." (Doc. No. 9 at 7.)

Plaintiff was provided an opportunity to file objections to the findings and recommendations.  The deadline for filing objections has passed and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1.     The findings and recommendations issued by the magistrate judge on April 23, 2020 (Doc. No. 9), are ADOPTED in full;

2.     This case proceed on plaintiff's claim against defendant Dr. Joelson for deliberate indifference to serious medical needs in violation of the Eighth Amendment;

3.     All other claims and defendants are dismissed with prejudice;

4.     The Clerk of Court is directed to reflect the dismissal of defendants McCabe and Pearce on the court's docket; and

5.     This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   __**June 2, 2020**__                          _____

UNITED STATES DISTRICT JUDGE