IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEON E. MORRIS,**<br><br>                              Plaintiff,<br><br>            v.<br><br>**JOELSON,**<br><br>                              Defendant. | Case No. 1:20-cv-00165-NONE-EPG (PC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER TO EXTEND EXHAUSTION MOTION AND REVOKE IN FORMA PAUPERIS STATUS MOTION DEADLINES**<br><br>**(ECF No. 26)** |

Good cause appearing, Defendant's motion to modify the December 16, 2020 Scheduling Order to extend the deadlines to file exhaustion motions and motions to revoke *in forma pauperis* status is GRANTED.

Exhaustion motions and motions to revoke *in forma pauperis* status shall be filed on or before May 12, 2021.  In all other respects, the December 16, 2020, Scheduling Order (ECF No. 25) remains in full force and effect.

IT IS SO ORDERED.

   Dated:   **February 5, 2021**                    /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE

1