UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS,<br><br>              Plaintiff,<br><br>v.<br><br>JOELSON,<br><br>              Defendant. | Case No. 1:20-cv-00165-NONE-EPG (PC)<br><br>ORDER GRANTING DEFENDANT'S SECOND MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 34) |

On May 28, 2021, Defendant filed a second motion to modify the scheduling order. (ECF No. 34). Defendant asks the Court "to modify the December 16, 2020 Scheduling Order (ECF No. 25) to extend the deadlines to file motions to compel to July 31, 2021, and responses to August 14, 2021, non-expert discovery to October 13, 2021, and dispositive motions to November 13, 2021. The current deadline to file motions to compel is May 31, 2021, and responses is August 14, 2021, non-expert discovery is August 13, 2021, and dispositive motions is September 13, 2021." (Id. at 1). "The extensions are needed allow defense counsel to complete necessary written discovery, and to compel responses, if necessary." (Id.). "Plaintiff has not served his initial disclosures. Notwithstanding Defendant's pending Motion to Dismiss, Defendant has not completed written discovery and as evidenced by Plaintiff's non-responsiveness to discovery on the issue of exhaustion of administrative remedies and the failure to serve court ordered initial disclosures, motions to compel will likely be necessary. Additionally, written discovery could avoid the need to take Plaintiff's deposition." (Id. at 2).

The Court finds good cause to grant Defendant's motion. The remaining dates and deadlines in this case are as follows:

| Event | Deadline/Date |
|---|---|
| Motions to compel | July 31, 2021 |
| Responses to motions to compel | August 14, 2021 |
| Non-expert Discovery | October 13, 2021 |
| Dispositive motions | November 13, 2021 |
| Expert Disclosures | March 14, 2022 |
| Rebuttal Expert Disclosures | April 13, 2022 |
| Plaintiff's Pretrial Statement | May 13, 2022 |
| Motions for Attendance of Incarcerated Witnesses | May 13, 2022 |
| Deadline for Plaintiff to Notify Court in Writing of the Name and Location of each Unincarcerated Witness Who Refuses to Testify Voluntarily | May 13, 2022 |
| Oppositions to Motions for Attendance of Incarcerated Witnesses | June 13, 2022 |
| Defendants' Pretrial Statement | June 13, 2022 |
| Deadline for Plaintiff to Submit Money Orders if He Wants to Have Marshals Service Serve Unincarcerated Witnesses Who Refuse to Testify Voluntarily | June 13, 2022 |
| Telephonic Trial Confirmation Hearing | July 13, 2022, 8:15 a.m., Courtroom 4 (NONE) |

All other terms and conditions of the Scheduling Order remain in full force and effect. IT IS SO ORDERED.

Dated: **June 1, 2021**

/s/ Eric P. Groj
UNITED STATES MAGISTRATE JUDGE