UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOELSON,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00165-NONE-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE<br><br>THIRTY-DAY DEADLINE |

On August 31, 2020, the Court issued an order setting a scheduling conference, requiring the parties to file scheduling conference statements, and requiring the parties to exchange initial disclosures. (ECF No. 19). The Court attempted to hold the scheduling conference on December 14, 2020. (ECF No. 23). However, Plaintiff did not attend (the Court was informed it was due to a medical issue). (Id.). Plaintiff also failed to file a scheduling conference statement or provide Defendant with his initial disclosures.

After the conference, the Court issued another order requiring Plaintiff to provide Defendant with his initial disclosures.[1] (ECF No. 24, pgs. 1-2).

On May 28, 2021, Defendant filed a motion to modify the scheduling order. (ECF No. 34). According to Defendant, Plaintiff once again failed to provide Defendant with his initial disclosures. (Id. at 4). Additionally, Plaintiff failed to respond to Defendant's written discovery

---

[1] As the Court did not reset the scheduling conference, the Court did not direct Plaintiff to file a scheduling conference statement.

1

requests. (Id.).

Moreover, on May 12, 2021, Defendant filed a motion to dismiss under 28 U.S.C § 1915(g), to declare Plaintiff a vexatious litigant, requiring posting of security, and issuance of pre-filing order. (ECF No. 30). Plaintiff's deadline to respond has passed, and Plaintiff failed to respond to the motion.

Finally, Plaintiff was transferred to a different institution, and did not file a notice of change of address. Instead, Defendant filed a notice on Plaintiff's behalf. (See ECF No. 32).

Overall, it appears that Plaintiff has stopped prosecuting this case. In fact, Plaintiff has not filed anything in this case for over a year. Accordingly, the Court will order Plaintiff to show cause why this case should not be dismissed for failure to comply with court orders and failure to prosecute.

Accordingly, it is HEREBY ORDERED that, within thirty (30) days from the date of service of this order, Plaintiff shall show cause why this case should not be dismissed, with prejudice, for failure to comply with court orders and failure to prosecute.

If Plaintiff fails to file a response the Court will recommend to a district judge that this case be dismissed, with prejudice, for failure to comply with court orders and failure to prosecute.

IT IS SO ORDERED.

Dated: **June 28, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE