UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS, | No. 1:20-cv-00165-NONE-EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. Nos. 37, 40) |
| JOELSON, | ORDER DISMISSING ACTION |
| Defendant. | ORDER FOR CLERK TO ASSIGN A DISTRICT JUDGE TO THIS CASE FOR THE PURPOSE OF CLOSING THE CASE AND THEN TO CLOSE THIS CASE |

Leon Morris ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 27, 2021, the assigned magistrate judge entered findings and recommendations, recommending that "[t]his case be dismissed, with prejudice, because of Plaintiff's failure to comply with court orders and to prosecute this case," that "[a]ll outstanding motions be denied as moot," and that "[t]he Clerk of Court be directed to close this case." (Doc. No. 40 at 3-4.)

The parties were provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed, and neither party has filed objections or otherwise responded to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 27, 2021, (Doc. No. 40), are adopted in full;
2. This case is dismissed, with prejudice, because of plaintiff's failure to comply with court orders and to prosecute this case;
3. All outstanding motions are denied as moot; and
4. The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:   **October 5, 2021**                    ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                                                    UNITED STATES DISTRICT JUDGE